petitioner, pro se. *Letts, Quinn & Licht, Alan S. Flink, Jerome B. Spunt, John Quattrocchi, Jr.,* for respondents.

M. P. No. 76-189. SOUTH COUNTY GAS COMPANY *v.* PUBLIC UTILITIES COMMISSION. Motion of petitioner for a stay is denied. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent.

M. P. No. 76-190. BRISTOL AND WARREN GAS COMPANY *v.* PUBLIC UTILITIES COMMISSION. Motion of petitioner for a stay is denied. *Coffey, McGovern and Novogroski, John G. Coffey, Jr., for petitioner. Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent.

M. P. No. 76-195. FIREMAN'S FUND INSURANCE COMPANY *v.* LOLA-JANE MCALPINE, *Administratrix.* Petition for writ of certiorari is granted and the writ shall issue forthwith. The stay previously ordered by the court shall remain in full force and effect. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for petitioner. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Joseph R. Palumbo,* for respondent.

M. P. No. 76-196. DIANE L. DEXTER *v.* ARTHUR D. DEXTER. Motion of petitioner to remand is denied as moot. *Hodosh, Spinella, Hodosh & Angelone, Peter Spinella,* for petitioner. *Aram K. Berberian,* for respondent.

M. P. No. 76-218. STATE *v.* RALPH BYRNES *et al.* Petition for writ of certiorari is denied. Denial is without prejudice to the right of the defendants to raise the issue contained in this petition on appeal, if appeal becomes necessary. Bevilacqua, C. J. not participating. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for plaintiff-respondent. *Harris Berson, Paul DiMaio, John F. Cicilline, Salvatore L. Romano, Jr., Harvey Brower,* Lawrence, Mass., for defendants-petitioners.